**STATE of Missouri, Respondent,**

v.

**Darryl K. THREAT, Appellant.**

**No. WD 42041.**

Missouri Court of Appeals, Western District.

April 17, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

Application to Transfer Denied July 31, 1990.

James F. Speck, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and BERREY, JJ.

PER CURIAM.

ORDER

Appeal from conviction of possession of a controlled substance, § 195.020, RSMo 1986, and sentence of six years imprisonment.

Affirmed. Rule 30.25(b).